## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**MANUEL DEJESUS ESPINO-FRAIRE**    **CASE NO.  3:25-CV-02061 SEC P**

**VERSUS**    **JUDGE TERRY A. DOUGHTY**

**STEVEN DEBELLEVUE ET AL**    **MAG. JUDGE KAYLA D. MCCLUSKY**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], after an independent review of the record, no objections thereto have been filed by Petitioner, Manuel DeJesus Espino-Fraire ("Petitioner"), and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FURTHER ORDERED** that Petitioner's request for attorneys' fees under the EAJA fees is **DENIED**.

MONROE, LOUISIANA, this 23rd day of March 2026.

                                   TERRY A. DOUGHTY
                                   UNITED STATES DISTRICT JUDGE